# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| IAR FAMILY TRUST and BURNETT BOYKIN, <br><br> Plaintiffs, <br><br> v. <br><br> SUNTRUST MORTGAGE, INC.; SUNTRUST BANK, INC; ANDREW COGBILL, SUBSTITUTE TRUSTEE SERVICES, INC.; JEREMY WILKINS, SUBSTITUTE TRUSTEE SERVICES OF CAROLINA, LLC; <br><br> Defendants. | CIVIL ACTION NO. 3:13-cv-00418-GCM |

## **ORDER**

This matter is before the Court pursuant to Defendant Jeremy Wilkins' motion to stay pretrial deadlines and discovery proceedings pending a resolution of the motions to dismiss filed by Defendants (Doc. No. 18), memorandum in support (Doc. No. 19), and Plaintiff Burnett Boykin's response in opposition (Doc. No. 26). For good cause shown, and in light of this Court's finding that a stay of pretrial deadlines and discovery proceedings will not prejudice Plaintiffs, it is hereby

**ORDERED** that all discovery in the above-captioned civil action shall be stayed until this Court enters an order resolving the motions to dismiss filed by Defendants or until further order of this Court.

**SO ORDERED.**

Signed: November 12, 2013

Graham C. Mullen
United States District Judge