# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| IAR FAMILY TRUST and BURNETT BOYKIN, | ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| SUNTRUST MORTGAGE, INC.; SUNTRUST BANK, INC; ANDREW COGBILL, SUBSTITUTE TRUSTEE SERVICES, INC.; JEREMY WILKINS, SUBSTITUTE TRUSTEE SERVICES OF CAROLINA, LLC; | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO. 3:13-cv-00418-GCM

## ORDER

This matter is before the Court on Defendant Andrew Cogbill's Motion to Strike Surreply pursuant to FRCP 12(f) (Doc. No. 39) and Memorandum in Support (Doc. No. 41). Therein, Defendant asserts that the filing of a surreply is not permitted by Local Rule 7.1(E). He is correct. Parties are permitted to file surreplies only upon an order of the Court.

The Court would also like to call the parties' attention to Local Rule 7.1(D) which provides, in pertinent part: "the page limit for any brief is 25 pages, the font size is a minimum of 12 point, *lines are double spaced*, margins are one inch, and each page is numbered" (emphasis added). The Court encourages the parties to review these rules and ensure that all future filings are in conformity therewith.

**IT IS HEREBY ORDERED** that Defendant Andrew Cogbill's Motion to Strike Surreply (Doc. No. 39) is **GRANTED**. Plaintiff IAR Family Trust's Surreply (Doc No. 38) is to be stricken from the record.

**SO ORDERED.**

Signed: December 5, 2013

Graham C. Mullen
United States District Judge